UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PROTECT OUR DEFENDERS, ET AL., | : | |
| *Plaintiffs*, | : | Case No. 3:22-cv-1390 (VAB) |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF DEFENSE, ET AL., | : | January 13, 2023 |
| *Defendants*. | : | |

## MOTION TO TRANSFER VENUE TO
## THE EASTERN DISTRICT OF VIRGINIA

Pursuant to 28 U.S.C. § 1404(a), Defendants Department of Defense ("DoD") and the United States Department of Justice ("DOJ") respectfully move to transfer venue in this case to the United States District Court for the Eastern District of Virginia (the "Eastern District of Virginia"). Plaintiffs' FOIA claims concern documents located in other states that have no relationship to Connecticut. The government asks the Court to transfer this matter to the Eastern District of Virginia, which is a more appropriate venue because Plaintiffs' requests are largely aimed at Virginia, many of the documents at issue are located in Virginia, and the primary plaintiff in this matter, Protect Our Defenders, is based in Virginia. In further support of this motion, DoD and DOJ submit the accompanying memorandum of law.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

2

_____/s/_____
J. Brian Meskill (ct29611)
Assistant United States Attorney
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Brian.Meskill@usdoj.gov