# EXHIBIT A

| | |
|---|---|
| PROTECT OUR DEFENDERS and CONNECTICUT VETERANS LEGAL CENTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE and UNITED STATES DEPARTMENT OF JUSTICE<br><br>*Defendants*. | Civil Action No. 3:22-cv-1390 (VAB)<br><br><br><br><br><br>February 3, 2023 |

### DECLARATION IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO MOTION TO TRANSFER VENUE TO EASTERN DISTRICT OF VIRGINIA

I, Alden Pinkham, declare as follows:

1. My name is Alden Pinkham. I serve as a staff attorney and policy analyst for the Connecticut Veterans Legal Center. I have personal knowledge of the facts and matters below.

2. The Connecticut Veterans Legal Center (CVLC) has a vested interest in obtaining the records we sought through the Freedom of Information Act (FOIA) with co-requestor Protect Our Defenders (POD).

3. CVLC's mission is to help veterans recovering from homelessness and mental illness overcome legal barriers to housing, healthcare and income.

**Individual Advocacy by CVLC**

4. CVLC fulfills its mission, in part, by providing free representation to individual veterans to help stabilize their lives. Although we only offer individual representation to Connecticut residents, during service our clients were stationed throughout the United States and overseas. Therefore, our clients' military justice involvement frequently occurred in locations outside of Connecticut.

5. In our individual representation, we often assist veterans who are survivors of military sexual trauma (MST). These clients often did not report MST due to a lack of faith in the existing system. Those who did report frequently faced retaliation. In both instances, the perpetrator is rarely held accountable through the military justice system.

1

6. The dysfunctionality of the military justice system when MST is involved results in a deleterious effect on our clients' mental health and character of discharge from service, implicating their claims for VA benefits or discharge upgrade. The data we requested would improve our understanding of the military justice system in sexual assault cases, and in turn, benefit our individual advocacy in MST cases.

7. In our individual representation, we also assist veterans with applications to the Discharge Review Boards (DRBs) and Boards for Correction of Military/Naval Records (BCM/NRs) for the purposes of a discharge upgrade. Our clients seeking a discharge upgrade frequently had contact with the military justice system and/or the civilian justice system. In many cases, military or civilian justice involvement is related to the client's race, ethnicity, or mental health conditions.

8. The DRBs and BCM/NRs, when reviewing a discharge upgrade application, may evaluate mitigating factors as well as factors such as whether a punishment was disproportionate. The data we requested would improve our understanding of the military justice system in all cases, and in turn, benefit our individual advocacy in discharge upgrade applications.

**National Advocacy by CVLC**

9. In addition to individual representation, we fulfill our mission to remove legal barriers through advocating for systemic changes that benefit all veterans and by providing national training for attorneys representing veterans. In support of these efforts, we often utilize data obtained via FOIA requests, and we frequently partner with Protect Our Defenders in joint requests when the request concerns the military justice system.

10. In 2022, CVLC published "Discretionary Injustice: How Racial Disparities in the Military's Administrative Separation System Harm Black Veterans." This report used FOIA data obtained from the Department of Defense that demonstrates persistent racial disparities in administrative separations.

11. A true and correct copy of this report is available online as of today at http://ctveteranslegal.org/wp-content/uploads/2022/11/Discretionary-Injustice-Report.pdf.

12. Similarly, in 2017, POD and CVLC collaborated in litigating a FOIA suit against the Air Force to release its study and assessment regarding racial disparities in its justice system. Data obtained through this suit resulted in a 2020 report, "Federal Lawsuit Reveals Air Force Cover Up: Racial Disparities in Military Justice Part II."

13. A true and correct copy of this report is available online as of today at: https://www.protectourdefenders.com/disparities-report/.

14. We use these data-backed reports to better represent veteran clients in discharge upgrade applications and to train attorneys in discharge upgrade practice.

15. In 2021 CVLC co-authored a treatise, published by the American Bar Association, to enable advocates to successfully represent veterans who unjustly received less-than-honorable or other stigmatizing discharges. Margaret Kuzma et al., *Military Discharge*

*Upgrade Legal Practice Manual* (ABA Book Publishing, 2021). The manual is the only current comprehensive discharge upgrade treatise for advocates, receiving praise from previous Secretary of Defense Chuck Hagel and Senator Jack Reed amongst others.

16. The team of authors on the *Legal Practice Manual* used data obtained via FOIA when drafting the manual. CVLC is beginning work on a second edition of this manual, which likewise will utilize renewed FOIA requests in order to update the manual.

17. CVLC also obtained, via FOIA, data demonstrating gender, racial and ethnic inequities in congressional nominations to the U.S. military service academies. CVLC publicized a two-report series titled "Gatekeepers to Opportunity" as part of an advocacy initiative to increase diversity in the officer ranks.

18. A true and correct copy of these reports are available online as of today at: http://ctveteranslegal.org/wp-content/uploads/2021/03/3.16.2021-Final-Embargoed-Gatekeepers-to-Opportunity-Racial-Disparities-in-Congressional-Nominations-to-the-Service-Academies.pdf and https://law.yale.edu/sites/default/files/area/clinic/document/gatekeepers_to_opportunity_-_gender_disparities_in_congressional_nominations_to_the_military_service_academies_7.26.19.pdf

19. CVLC has leveraged FOIA requests into Congressional advocacy. Following the Gatekeepers reports, CVLC championed the PANORAMA Act legislation, introduced by Rep. Anthony Brown (D-MD) and Sen. Kirsten Gillibrand (D-NY), enacted into law as part of the National Defense Authorization Act of 2021, which modernizes service academy congressional nominations to combat racial, ethnic, and gender inequities in the schools and the officer corps.

20. CVLC plans to incorporate the data we requested into our existing efforts to educate the public, policy-makers, and veterans law practitioners on how military and civilian justice involvement may create legal barriers to veterans' stability, with the goal of reducing those barriers for future generations of veterans through military justice reform.

21. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 3, 2023

*Alden Pinkham*
Alden Pinkham